# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0432. JOHN MICHAEL WIGGINTON v. THE STATE.**

On August 12, 2016, the trial court entered an order denying John Michael Wigginton's motion for an out-of-time appeal. On September 20, 2016, Wigginton filed a notice of appeal to this Court. To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Wigginton filed his notice of appeal 39 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/25/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*